UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA    CASE # 08-2825-WHITE

VS

DIEUMENE FENELUS    PRISONER # 80650 004

*************************************************************************

TO: CLERK'S OFFICE, UNITED STATES DISTRICT COURT    (CIRCLE ONE)

(MIAMI)    FT. LAUDERDALE    WEST PALM BEACH    FT. PIERCE

*************************************************************************

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":*

1) DATE AND TIME OF ARREST: 6/19/08   1930

2) LANGUAGE(S) SPOKEN: ENGLISH, CREOLE

3) OFFENSE (S) CHARGED: 18 USC 1542 FALSE STATEMENTS

4) U.S. CITIZEN    [ ] YES    [X] NO    [ ] UNKNOWN

5) DATE OF BIRTH: 12/28/62

6) TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
   [ ] INDICTMENT
   [X] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: S DISTRICT OF FLORIDA

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES   [X] NO

7) AMOUNT OF BOND: _____    WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: ADAM DULIN    DATE: 6/19/08

9) AGENCY: DSS    PHONE: 305-536-5781